IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHYNELL PEARSALL** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 22-CV-2143 |
| | : | |
| **EXPERIAN, LLC,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 11th day of January 2023, upon consideration of Plaintiff Shynell Pearsall's Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. For the reasons set forth in the accompanying Memorandum, Pearsall's claims against Experian, LLC are **DISMISSED, without prejudice**, for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to send Pearsall a blank copy of the Court's standard form complaint for non-prisoners to use to file a complaint bearing the above civil action number.[1]

3. Pearsall is granted thirty (30) days in which to file an amended complaint, in the event she can allege additional facts to cure the deficiencies identified in the Memorandum. Any amended complaint shall identify **ALL** defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Pearsall's claims against each named defendant, and shall bear the title "Amended Complaint" and the case number 22-2143. If Pearsall files an amended complaint, her amended complaint must

---

[1] This form is available on the Court's website at http://www.paed.uscourts.gov/documents/forms/frmc1983f.pdf.

be a complete document that includes all of the bases for Pearsall's claims, including claims that the Court has not yet dismissed if she seeks to proceed on those claims. Claims that are not included in the amended complaint will not be considered part of this case. **This means that if Pearsall files an amended complaint, she must reallege her claims against Equifax and Transunion if she seeks to proceed on those claims.** When drafting her amended complaint, Pearsall should be mindful of the Court's reasons for dismissing certain claims as explained in the Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

4. If Pearsall does not file an amended complaint, the Court will direct service of her Complaint on *only* Defendants Experian, LLC and Transunion, LLC. Pearsall may also notify the Court that she seeks to proceed on these claims rather than file an amended complaint. If she files such a notice, Pearsall is reminded to include the case number for this case, 22-2143.

5. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*